U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV 20 2007

ROBERT SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHAWN PHILLIP HARGER | : | DOCKET NO. 05-20186-01 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE WILSON |

## ORDER

Presently before the court is a Motion to Vacate, Set Aside or Correct Sentence filed by the petitioner, Shawn Phillip Harger, pursuant to 28 U.S.C. §2255.

In order to determine the merits of this motion, THE CLERK IS DIRECTED to mail a copy of this order, which shall constitute service of notice, to the United States Attorney for the Western District of Louisiana, through AUSA Christina Walker.

IT IS ORDERED that the respondent, the United States, file an answer within twenty days from the date of THIS ORDER.

The answer shall state whether the petitioner has exhausted administrative remedies, if applicable, and shall include certified copies of the transcript from the sentencing proceedings. Respondent shall also file a memorandum of law in support of all issues raised in the answer, citing relevant statutory and case law.

IT IS FURTHER ORDERED that the Petitioner is allowed twenty days following the filing of the respondent's memorandum to file any response that he wishes to file with the court.

IT IS FURTHER ORDERED that as a condition to their acceptance by the Clerk, all future

filings by the petitioner or Respondent shall include a certificate indicating that a copy thereof has been furnished to the other party.

Lake Charles, Louisiana, this \_\_19\_\_ day of November, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT