RECEIVED
IN LAKE CHARLES, LA

APR 14 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 2:05CR20186-01** |
| **VERSUS** | **JUDGE MINALDI** |
| **SHAWN PHILLIP HARGER** | **MAGISTRATE JUDGE KAY** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☑ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles Louisiana, this 14 Day of April, 2008.

_____
Patricia Minaldi
UNITED STATES DISTRICT JUDGE